IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS ADELL AND SUSAN ADELL § | | |
| § | | |
| V. § | CIVIL ACTION NO. 4:17-CV-01735 | |
| § | | |
| THE TRAVELERS HOME AND MARINE § | | |
| INSURANCE COMPANY § | | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Douglas Adell and Susan Adell, the plaintiffs herein, and The Travelers Home and Marine Insurance Company, the defendant herein, and stipulate to the dismissal of all claims asserted in this lawsuit with prejudice to the re-filing of same, with all parties to bear their own costs. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

The Corona Law Firm, PLLC
521 N. Sam Houston Pkwy E., Suite 420
Houston, Texas 77060
(281) 882-3531
(713) 678.0613– facsimile

_____
Jesse S. Corona
State Bar No. 24082184
Southern District Bar No. 2239270
jesse@thecoronalawfirm.com

ATTORNEYS FOR PLAINTIFFS
DOUGLAS ADELL AND SUSAN ADELL

        ORGAIN BELL & TUCKER, LLP
        P O Box 1751
        Beaumont, TX 77704-1751
        (409) 838-6412
        (409) 838-6959 facsimile

        /s/ Greg C. Wilkins
        Greg C. Wilkins
        State Bar No. 00797669
        Southern District Bar No. 33280
        gcw@obt.com

        ATTORNEYS FOR DEFENDANT
        THE TRAVELERS HOME AND
        MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I do hereby certify that on the 27th of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

        /s/ Greg C. Wilkins
        Greg C. Wilkins